[No. 31005-4-I. Division One. December 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO GARCIA CUELLAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01887-6, Norma Smith Huggins, J., entered June 13, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 29947-6-I. Division One. December 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE EARL RAMBO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-04549-8, Faith Enyeart, J., entered November 14, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 30753-3-I. Division One. December 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD KEITH EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-03275-9, Carol A. Schapira, J., entered April 30, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 30124-1-I. Division One. December 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN DEVON QUILANTANG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02023-8, Patricia H. Aitken, J., entered February 4, 1992. *Dismissed* by unpublished per curiam opinion.